IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| H. TED CAIN | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:02CV111 LG |
| | § | |
| BRUSHY CREEK CUSTOM SIRES, | § | |
| INC., ET AL. | § | DEFENDANTS |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AS UNOPPOSED

THE MATTER BEFORE THE COURT is the Defendants' Motion to Dismiss [89] filed October 29, 2007. The Plaintiff has not filed a response to Defendants' contention that this case must be dismissed because Plaintiff's claims have been fully discharged by the United States Bankruptcy Court, Western District of Texas, Austin Division.[1]

Rule 7.2(C)(2) of the UNIFORM LOCAL RULES FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI allows the Court to grant a motion (other than one for summary judgment) as unopposed if any party fails to respond within the time allotted. The time allowed for a response to the Defendants' motion has passed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss [89] is **GRANTED** as unopposed pursuant to Rule 7.2(C)(2) of the UNIFORM LOCAL RULES FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI. Plaintiff's claims against the Defendants are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 13th day of December, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the claims asserted in this lawsuit are specifically mentioned in the order of discharge, Ct. R. 91.