IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **H. TED CAIN** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:02CV111 LG** |
| | § | |
| **BRUSHY CREEK CUSTOM SIRES,** | § | |
| **INC., ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motion to Dismiss [89], the Court, after a full review and consideration of the Defendants' unopposed motion and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Judgment is rendered in favor of the Defendants. Plaintiff's claims against the Defendants are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 13th day of December, 2007.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE